THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PATINO, Appellant. [988 NYS2d 487]—

Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered October 6, 2011, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of six years, unanimously affirmed.

The court properly denied defendant's motion to withdraw his guilty plea. "When a defendant moves to withdraw a guilty plea, the nature and extent of the fact-finding inquiry rest[s] largely in the discretion of the Judge to whom the motion is made and a hearing will be granted only in rare instances" (*People v Brown*, 14 NY3d 113, 116 [2010] [internal quotation marks omitted]). Defendant, who was represented by new counsel at the plea withdrawal motion, received a full opportunity to present his arguments orally and in writing. De-

fendant's belated claims of innocence and attorney coercion were unsupported, and were contradicted by the plea record (*see e.g. People v Chimilio*, 83 AD3d 537 [1st Dept 2011], *lv denied* 17 NY3d 814 [2011]). Concur—Gonzalez, P.J., Acosta, DeGrasse, Freedman and Richter, JJ.